**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARK KRAUSE,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:21-cv-1182** |
| **v.** | : | |
| | : | **(Judge Rambo)** |
| **PRIME CARE MEDICAL,** | : | |
| **Defendant** | : | |

## <u>ORDER</u>

**AND NOW**, on this 3rd day of August 2021, in accordance with the

Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to amend the docket to reflect that Plaintiff's current address is SCI Smithfield;

2. Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff may not file an amended complaint in the above-captioned case;

3. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 4) is **DENIED AS MOOT**; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

<u>s/ Sylvia H. Rambo</u>
United States District Judge